

**NUMBERS 13-21-00275-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEONARDO MONTOYA III,                                                       Appellant,

v.

THE STATE OF TEXAS,                                                           Appellee.

### On appeal from the 36th District Court
### of San Patricio County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

This cause is before the Court on appellant's third motion for extension of time to file the brief. Appellant's brief was originally due to be filed on December 27, 2021, and appellant was previously granted two extensions.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter and further motions for extension of time will not be granted absent new and exigent circumstances.

Appellant's third motion for extension of time to file the brief is hereby granted, and the Honorable Coretta Graham, counsel for appellant, is ordered to file the appellate brief with this Court on or before July 25, 2022.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Issued on this the
19th day of May, 2022.